IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

MARTY REGISTER,
on behalf of DEBORAH BRANNON

    Plaintiff,
v.                                    CASE NO. 1:05-cv-00009-MP-WCS

JO ANNE B. BARNHART,
Commissioner of Social Security,

    Defendant.
_____/

## **O R D E R**

This matter is before the Court on Doc. 21, Report and Recommendations of the Magistrate Judge, recommending that the decision of the Commissioner of Social Security to deny Plaintiff's application for benefits be affirmed. The Magistrate Judge filed the Report and Recommendation on Tuesday, November 29, 2005. The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections. Pursuant to Title 28, United States Code, Section 636(b)(1), this Court must make a *de novo* review of those portions to which an objection has been made. In this instance, however, no objections were made. Therefore, having considered the Report and Recommendation, I have determined that the Report and Recommendation should be ADOPTED.

    **ORDERED AND ADJUDGED:**

    1.    The Magistrate Judge's Report and Recommendation is adopted and incorporated by reference in this order.

    2.    The decision of the Commissioner of Social Security to deny Plaintiff's application for benefits for the period from June 1, 1999, to November 30, 2002, is AFFIRMED, and the cause is DISMISSED.

**DONE AND ORDERED** this   *3rd* day of January, 2006

*s/Maurice M. Paul*
Maurice M. Paul, Senior District Judge
